Official Form 1 (10/06)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mancini, John M** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**2771** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**717 N. Ridgeland Avenue**<br>**Oak Park, IL**<br>ZIP CODE **60302** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

### Nature of Business
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Tax-Exempt Entity
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)

- [x] Full Filing Fee attached

- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.

- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

**Official Form 1 (10/06)**                                                                                    **FORM B1,** Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**John M Mancini** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   **Not Applicable**                          **12/4/2007**<br>       Signature of Attorney for Debtor(s)          Date<br>       **David R. Herzog**                          **01203681** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

❑   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ❑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ❑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ❑   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

    ❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

                                   _____<br>                                   (Name of landlord that obtained judgment)<br>                                   _____<br>                                   (Address of landlord)

    ❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)                                                                    FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **John M Mancini** |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ John M Mancini**
_____ **John M Mancini**
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**12/4/2007**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X
_____
Signature of Attorney for Debtor(s)

**David R. Herzog,  01203681**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Herzog & Schwartz PC.**
_____
Firm Name

**77 W. Washington St.  Suite 1717**
_____
Address

**Chicago, IL 60602**
_____

**312-977-1600**                    **312-977-9936**
_____
Telephone Number

**12/4/2007**
_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer 's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

FORM B6A
(10/05)

In re: __John M Mancini_____.      Case No. _____

            **Debtor**                                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Club Casa Dorade Bank & Golf Reef Cabo St. Lucas, Mexico CD-001472 & 1473** | **None** | | $  2,553.75 | $  3,097.56 |
| | **Total** ➤ | | $  2,553.75 | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re  **John M Mancini**                                              ,          Case No. _____

                                   Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank Checking** | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **LaSalle Bank Checking** | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Ordinary wearing apparel** | | 300.00 |
| 7. Furs and jewelry. | | **Miscellaneous jewelry** | | 400.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Smith & Wesson** | | 100.00 |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| | | | | |

Form B6B-Cont.
(10/05)

In re   **John M Mancini** _____,   Case No. _____

Debtor   (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | | **IRA** | | **600.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% owner of Mancini Jewelers - Business closed in April 2006** | | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| | | | | |

Form B6B-Cont.
(10/05)

In re   **John M Mancini**                                            ,          Case No. _____

**Debtor**                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Mercedes SLK 230 - Poor condition, Inoperable - Scrap value** | | **500.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Volkswagon** | | **7,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_   continuation sheets attached          Total   ➣          **$  9,410.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C
(10/05)

In re    **John M Mancini**                                                    Case No. _____

                                    Debtor                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $125,000.
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1999 Mercedes SLK 230 - Poor condition, Inoperable - Scrap value** | **735 ILCS 5/12-1001(c)** | **500.00** | **500.00** |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **IRA** | **735 ILCS 5/12-1006** | **600.00** | **600.00** |
| **Miscellaneous jewelry** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **Ordinary wearing apparel** | **735 ILCS 5/12-1001(a),(e)** | **300.00** | **300.00** |
| **Smith & Wesson** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |

**Official Form 6D (10/06)**

In re **John M Mancini** _____,     Case No. _____

Debtor                                                                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 3,097.56 | 543.81 |
| **Central Credit Management** **8770 Sunset Drive, #405** **Marina, FL 33173-3512** | | | **Club Casa Dorade Bank & Golf Reef Cabo St. Lucas, Mexico CD-001472 & 1473** _____ **VALUE $2,553.75** | | | | | |
| ACCOUNT NO. | | | | | | | 7,635.00 | 135.00 |
| **VW Credit** **P.O. Box 17497** **Baltimore, MD 21297-1497** | | | **2003 Volkswagon** _____ **VALUE $7,500.00** | | | | | |

0     continuation sheets
attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | | | |
|---|---|---|---|
| $ | 10,732.56 | $ | 678.81 |
| $ | 10,732.56 | $ | 678.81 |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6E (10/06)

In re    **John M Mancini** _____    Case No. _____
_____
Debtor                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☑    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1  continuation sheets attached**

**Official Form 6E (10/06) - Cont.**

In re    **John M Mancini**                                                    Case No. _____
_____                                                              (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**Type of Priority:  Extensions of Credit in an Involuntary Case**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**8125 River Drive**<br>**Morton Grove, IL 60053** | | | **Trust fund liability 2004-2006** | | | | 14,240.83 | 14,240.83 | 0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ➢<br>(Totals of this page) | $ **14,240.83** | $ **14,240.83** | $ **0.00** |
| Total ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **14,240.83** | | |
| Total ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **14,240.83** | $ **0.00** |

Official Form 6F (10/06)

In re   **John M Mancini** _____     Case No. _____

_____Debtor_____                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **01300113125451**<br><br>**ADT Security**<br>**P.O. Box 371967**<br>**Pittsburg, PA  15250** | X | | **Alarm services**<br>**Claim Date: 2006** | | | | **470.00** |
| ACCOUNT NO.<br><br>**AT&T**<br>**8519 Innovation Way**<br>**Chicago, IL 60682** | X | | **Telephone Services**<br>**Claim Date: 2006** | | | | **2,608.35** |
| ACCOUNT NO.  **41172110528344**<br><br>**Beneficial**<br>**P.O. Box 5240**<br>**Carol Stream, IL 60197** | X | | **Loan**<br>**Claim Date: 2003** | | | | **1,506.00** |
| ACCOUNT NO.<br><br>**C.J.N.Y. LLC**<br>**175-27 Wexford Terrace, #5C**<br>**Jamaica, NY 11432** | X | | **Inventory** | | | | **6,670.00** |
| ACCOUNT NO.  **54106546477411112**<br><br>**Citi Cards**<br>**P.O. Box 6412**<br>**The Lake, NV 88901-6412** | X | | **Credit card**<br>**Claim Date: 2002** | | | | **8,073.11** |

_4_   Continuation sheets attached

Subtotal  ➤   $   **19,327.46**

Total  ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **John M Mancini** _____      Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Commercial Credit Counseling**<br>**95 Route 17 South**<br>**Paramus, NJ 07652** | X | | **Credit counseling** | | | | 0.00 |
| ACCOUNT NO.<br><br>**D. Jerry Moore, CPA**<br>**1300 Skokie Hwy, SUite 107**<br>**Gurnee, IL 60031** | X | | **Accounting Services**<br>**Claim Date: 2005** | | | | 5,140.54 |
| ACCOUNT NO.<br><br>**Diamond Creations**<br>**2549 W. Gold Road**<br>**Suite 315**<br>**Hoffman Estates, IL 60194** | X | | **Inventory**<br>**Claim Date: 2005** | | | | 4,017.00 |
| ACCOUNT NO.<br><br>**Doreen Jewelry CO**<br>**575 Underhill Blvd, Suite 155**<br>**Syosset, NY 10001** | X | | **Inventory**<br>**Claim Date: 2004** | | | | 4,333.97 |
| ACCOUNT NO.   **100**<br><br>**Elder**<br>**71 W. 47th Street, Suite 300**<br>**New York, NY 10036** | X | | **Inventory**<br>**Claim Date: 2004** | | | | 11,213.97 |

Sheet no. _1_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **24,705.48**

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **John M Mancini**                                          Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Emerge** P.O. Box 105667 Atlanta, GA 30348-5667 | X | | **Credit card** **Claim Date: 2003** | | | | **Unknown** |
| ACCOUNT NO.  **First National Bank of Omaha** c/oc William H. Hunter 29 South LaSalle Street Chicago, IL  60603 | X | | **Loan** | | | | **10,500.00** |
| ACCOUNT NO.  **Gala Jewelry, Inc.** 605 5th Avenue, 4th Floor New York, NY 10017 | X | | **Inventory** **Claim Date: 2004** | | | | **17,975.44** |
| ACCOUNT NO.  **4418409145733656** **Hibernia** **First Bankcard** P.O. Box 2951 Omaha, NE  68103 | X | | **Credit card** **Claim Date: 2002** | | | | **5,000.00** |
| ACCOUNT NO.  **4418409145733656** **Hibernia** P.O. Box 2951 Omaha, NE  68103 | X | | **Credit card** **Claim Date: 2003** | | | | **10,000.00** |

Sheet no. _2_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **43,475.44**

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **John M Mancini** _____     Case No. _____

Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Manc01** <br><br> **Kaprielien Enterprises** <br> **207 W. 25th Street, Floor 8** <br> **New York, NY 10001** | X | | Inventory <br> Claim Date: 2004 | | | | **4,117.00** |
| ACCOUNT NO.  **79493865401884** <br><br> **MBNA America** <br> **P.O. Box 15102** <br> **Wilmington, DE 19886-5102** | X | | Credit card <br> Claim Date: 2002 | | | | **22,245.76** |
| ACCOUNT NO. <br><br> **Nationwide Credit** <br> **3835 N. Freeway Blvd.** <br> **Suite 100** <br> **Sacramento, CA 95834** | X | | Credit card <br> Claim Date: 2002 | | | | **Unknown** |
| ACCOUNT NO.  **336527** <br><br> **Noble Gift Packing** <br> **20 Sand Park Road** <br> **Cedar Grove, NJ 07009** | X | | Boxes <br> Claim Date: 2004 | | | | **1,472.95** |
| ACCOUNT NO. <br><br> **Plaza Associates** <br> **P.O. Box 18008** <br> **Hauppauge, NY  11788** | X | | | | | | **29,493.07** |

Sheet no. 3 of 4 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    **57,328.78**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **John M Mancini**                                        Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rainbow Gems & Jewelry**<br>**5 S. Wabash Avenue, #1006**<br>**Chicago, IL 60603** | X | | **Inventory**<br>**Claim Date: 2004** | | | | 2,316.34 |
| ACCOUNT NO.   **1768**<br>**Reiss Inc**<br>**29 E. Madison Street**<br>**Suite 1112**<br>**Chicago, IL 60602** | X | | **Inventory**<br>**Claim Date: 2004** | | | | 1,588.00 |
| ACCOUNT NO.   **4862362287434768**<br>**United Recovery Systems**<br>**5800 N. Course Drive**<br>**Houston, TX 77072** | X | | **Credit card**<br>**Claim Date: 20021** | | | | 1,336.36 |
| ACCOUNT NO.   **54746442-4668-8635**<br>**Wells Fargo Bank**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** | X | | **Credit card**<br>**Claim Date: 2002** | | | | 22,565.00 |
| ACCOUNT NO.<br>**Zitella Management**<br>**c/o Leon Wexler**<br>**77 West Washington Street**<br>**Suite 1618**<br>**Chicago, Illinois 60602** | X | | **Lease of Business** | | | | 0.00 |

Sheet no. _4_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ›  $      27,805.70

Total  ›  $    172,642.86

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Form B6G
(10/05)

In re: **John M Mancini**
_____,    Case No. _____
Debtor                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re:  **John M Mancini**                                    Case No. _____
_____.                              (If known)
                    **Debtor**

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **ADT Security**<br>**P.O. Box 371967**<br>**Pittsburg, PA  15250** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **AT&T**<br>**8519 Innovation Way**<br>**Chicago, IL 60682** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Beneficial**<br>**P.O. Box 5240**<br>**Carol Stream, IL 60197** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656**<br><br>**Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656**<br><br>**Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **C.J.N.Y. LLC**<br>**175-27 Wexford Terrace, #5C**<br>**Jamaica, NY 11432** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Central Credit Management**<br>**8770 Sunset Drive, #405**<br>**Marina, FL 33173-3512** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Citi Cards**<br>**P.O. Box 6412**<br>**The Lake, NV 88901-6412** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Commercial Credit Counseling**<br>**95 Route 17 South**<br>**Paramus, NJ 07652** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **D. Jerry Moore, CPA**<br>**1300 Skokie Hwy, SUite 107**<br>**Gurnee, IL 60031** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Diamond Creations**<br>**2549 W. Gold Road**<br>**Suite 315**<br>**Hoffman Estates, IL 60194** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Doreen Jewelry CO**<br>**575 Underhill Blvd, Suite 155**<br>**Syosset, NY 10001** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Elder**<br>**71 W. 47th Street, Suite 300**<br>**New York, NY 10036** |
|  |  |

Form B6H -Cont.

(10/05)

**In re:**  **John M Mancini**                                    **Case No.** _____
                                    **Debtor**                                        **(If known)**

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Emerge**<br>**P.O. Box 105667**<br>**Atlanta, GA 30348-5667** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **First National Bank of Omaha**<br>**c/oc William H. Hunter**<br>**29 South LaSalle Street**<br>**Chicago, IL  60603** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Gala Jewelry, Inc.**<br>**605 5th Avenue, 4th Floor**<br>**New York, NY 10017** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Hibernia**<br>**First Bankcard**<br>**P.O. Box 2951**<br>**Omaha, NE  68103** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Hibernia**<br>**P.O. Box 2951**<br>**Omaha, NE 68103** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Kaprielien Enterprises**<br>**207 W. 25th Street, Floor 8**<br>**New York, NY 10001** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **MBNA America**<br>**P.O. Box 15102**<br>**Wilmington, DE 19886-5102** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Nationwide Credit**<br>**3835 N. Freeway Blvd.**<br>**Suite 100**<br>**Sacramento, CA 95834** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Noble Gift Packing**<br>**20 Sand Park Road**<br>**Cedar Grove, NJ 07009** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Plaza Associates**<br>**P.O. Box 18008**<br>**Hauppauge, NY  11788** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Rainbow Gems & Jewelry**<br>**5 S. Wabash Avenue, #1006**<br>**Chicago, IL 60603** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Reiss Inc**<br>**29 E. Madison Street**<br>**Suite 1112**<br>**Chicago, IL 60602** |
| **Mancini Jewelers**<br>**4640 North Cumberland Avenue**<br>**Chicago, IL 60656** | **United Recovery Systems**<br>**5800 N. Course Drive**<br>**Houston, TX 77072** |

Form B6H -Cont.

(10/05)

In re:  **John M Mancini**                                        Case No. _____
                    _____                                        (If known)
                                **Debtor**

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mancini Jewelers<br>4640 North Cumberland Avenue<br>Chicago, IL 60656** | **Wells Fargo Bank<br>P.O. Box 348750<br>Sacramento, CA 95834** |
| **Mancini Jewelers<br>4640 North Cumberland Avenue<br>Chicago, IL 60656** | **Zitella Management<br>c/o Leon Wexler<br>77 West Washington Street<br>Suite 1618<br>Chicago, Illinois 60602** |

**Official Form 6I (10/06)**

| In re | **John M Mancini** | | Case No. | |
|---|---|---|---|---|
| | Debtor | | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: **Divorced** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | |
| Name of Employer | **LaNotte Cafe** | |
| How long employed | **10 mos** | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ __2,666.00__ | $ _____ |
| 2. Estimate monthly overtime | $ __0.00__ | $ _____ |
| 3. SUBTOTAL | $ __2,666.00__ | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ __600.00__ | $ _____ |
| b. Insurance | $ __0.00__ | $ _____ |
| c. Union dues | $ __0.00__ | $ _____ |
| d. Other (Specify) _____ | $ __0.00__ | $ _____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ __600.00__ | $ _____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ __2,066.00__ | $ _____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ __0.00__ | $ _____ |
| 8. Income from real property | $ __0.00__ | $ _____ |
| 9. Interest and dividends | $ __0.00__ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ __0.00__ | $ _____ |
| 11. Social security or other government assistance (Specify) _____ | $ __0.00__ | $ _____ |
| 12. Pension or retirement income | $ __0.00__ | $ _____ |
| 13. Other monthly income (Specify) _____ | $ __0.00__ | $ _____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ __0.00__ | $ _____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ __2,066.00__ | $ _____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 2,066.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

_____

**Official Form 6J (10/06)**

In re **John M Mancini** _____,   Case No. _____
                                                                        (If known)
                          **Debtor**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|     a. Are real estate taxes included?   Yes _____   No ✓ | | |
|     b. Is property insurance included?   Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 0.00 |
|     b. Water and sewer | $ | 0.00 |
|     c. Telephone | $ | 0.00 |
|     d. Other **Cell phone** | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 50.00 |
| 5. Clothing | $ | 10.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 200.00 |
|     e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 509.90 |
|     b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 2,166.66 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,186.56 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ | 2,066.00 |
|     b. Average monthly expenses from Line 18 above | $ | 3,186.56 |
|     c. Monthly net income (a. minus b.) | $ | -1,120.56 |

**Official Form 6 - Declaration (10/06)**

In re  **John M Mancini** _____    Case No. _____
                              Debtor                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **22** sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **11/29/2007** _____    Signature:  **s/ John M Mancini** _____
                                                              **John M Mancini**
                                                                              Debtor

                                        [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.